USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/22/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself and all others similarly situated,
    Plaintiff,

v.

SPINSTER SISTERS, INC.

    Defendant.
_____/

CASE NO.: 1:21-cv-1318

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure~~, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto~~.

Dated: April 20, 2021

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: April 22, 2021

Respectfully Submitted,

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*